291 U.S. 652
 54 S.Ct. 563
 78 L.Ed. 1046
 John H. BETTS, doing business under the Fictitious Style and Firm name of John H. Betts Transportation Co., appellant,
v.
RAILROAD COMMISSION OF THE STATE OF CALIFORNIA.*
 No. 804.
 Supreme Court of the United States
 March 19, 1934
 
 Messrs. Leslie R. Hewitt and W. Frank Shelley, both of Los Angeles, Cal., for appellant.
 Messrs. Arthur T. George, Ira H. Rowell, and Roderick B. Cassidy, all of San Francisco, Cal., for appellee.
 For opinion below, see 6 F. Supp. 591.
 PER CURIAM.
 
 
 1
 The motion of the appellee to affirm is granted, and the decree is affirmed. Napa Valley Electric Co. v. Railroad Commission of California, 251 U. S. 366, 40 S. Ct. 174, 64 L. Ed. 310; Grubb v. Public Utilities Commission, 281 U. S. 470, 475-479, 50 S. Ct. 374, 74 L. Ed. 972; American Surety Co. v. Baldwin, 287 U. S. 156, 164, 165, 53 S. Ct. 98, 77 L. Ed. 231, 86 A. L. R. 298.
 
 
 
 *
 Rehearing denied 292 U. S. 604, 54 S. Ct. 713, 78 L. Ed. —-.